UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br><br>                      Petitioner,<br><br>    v.<br><br>ISRAEL JACQUEZ, Warden, Federal Detention Center SeaTac,<br><br>                      Respondent. | Case No. C20-485-JLR-MLP<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED |

       This is a federal habeas action brought under 28 U.S.C. § 2241. On June 16, 2020, this Court issued an Order directing that Petitioner's federal habeas petition be served on Respondent, and that Respondent file a return to the petition within thirty days. (Dkt. # 8.) Respondent thereafter requested, and was granted, an extension of time until August 21, 2020 to file the return. (Dkt. ## 12, 14.) To date, no return has been filed.

       Accordingly, the Court hereby ORDERS as follows:

       (1)     Respondent shall SHOW CAUSE within 14 days of the date on which this Order is signed why sanctions should not be imposed, in accordance with Local Civil Rule (LCR)

ORDER TO SHOW CAUSE WHY SANCTIONS
SHOULD NOT BE IMPOSED - 1

11(c), for his failure to comply with this Court's prior Order directing that he file a return not later than August 21, 2020.

(2) Petitioner's recently filed motion for an extension of time to file a response to the return (dkt. # 15), which she acknowledges she has yet to receive, is STRICKEN as moot. Once Respondent files his return, Petitioner may renew her request for additional time to file a response should she deem such an extension necessary at that juncture.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable James L. Robart.

DATED this 6th day of October, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE WHY SANCTIONS
SHOULD NOT BE IMPOSED - 2