UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br><br>                          Petitioner,<br><br>   v.<br><br>ISRAEL JACQUEZ, Warden, Federal Detention Center SeaTac,<br><br>                          Respondent. | Case No. C20-485-JLR-MLP<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2241. This matter comes before the Court at the present time on Petitioner's motion for an extension of time to file a response to Respondent's return to Petitioner's federal habeas petition. Respondent has not opposed the motion. The Court, having reviewed Petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1)   Petitioner's motion for an extension of time to file a response to Respondent's return (dkt. # 19) is GRANTED. Petitioner is directed to file and serve her response not later than *January 18, 2021*.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

(2) Respondent's return to Petitioner's federal habeas petition (dkt. # 18) is RE-NOTED on the Court's calendar for consideration on *January 22, 2021*. Respondent shall file any reply brief in support of his return by that date.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable James L. Robart.

DATED this 9th day of December, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2